# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 96-3076

———————

In re: Charles Evans;     *
Sylvia Evans     *
    *
  ---------------     *
    *
Charles Evans, Sylvia Evans,     *
    *   Appeal from the United States
    Appellants,     *   District Corut for the
    *   Eastern District of Arkansas.
    v.     *       [UNPUBLISHED]
    *
Worthen National Bank of Pine     *
Bluff,     *
    *
    Creditor-Appellee,     *
    *
Walter M. Dickinson,     *
    *
    Trustee-Appellee.     *

———————

Submitted: March 11, 1997

Filed: March 20, 1997

———————

Before BOWMAN, WOLLMAN, and BEAM, Circuit Judges.

———————

PER CURIAM.

Charles and Sylvia Evans appeal from the district court's[1] affirmance of the bankruptcy court's[2] decision regarding their claimed homestead exemption. Having reviewed the record and the

———————————————

[1] The Honorable James Maxwell Moody, United States District Judge for the Eastern District of Arkansas.

[2] The Honorable James G. Mixon, Chief Judge, United States Bankruptcy Court for the Eastern District of Arkansas.

parties' briefs, we conclude that the judgment was correct, and that no further discussion is warranted.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.